IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE MARIE SINK, | No. C 20-3565 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| W.G. JENKINS, II, | |
| Respondent. | |

This is a petition for writ of habeas corpus under 28 U.S.C. § 2241 from a federal prisoner housed at the Federal Correctional Institute, Dublin.  The petitioner seeks release pursuant to 18 U.S.C. § 3582(c)(1)(A) because she has health problems and believes she is at greater risk in prison of contracting Covid-19 due to her health problems.  Requests for relief under 18 U.S.C. § 3582 must be made to the sentencing court.  *See Bolden v. Ponce*, 2020 WL 2097751, at *2 (C.D. Cal. 2020) (citing *United States v. Rala*, 954 F.3d 594, 595 (3d Cir. 2020)).  Although petitioner is housed in the Northern District of California, she was sentenced in the District of Wyoming.  This action is **DISMISSED** without prejudice to the petitioner filing a motion for relief under Section 3582 in her criminal case in the District of Wyoming.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June __15__, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE